Case 1:97-cv-00253   Document 41   Filed in TXSD on 07/23/1998   Page 1 of 2

United States District Court
Southern District of Texas
ENTERED

JUL 2 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

**U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

*ORIGINAL* 41

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 3 1998

Michael N. Milby, Clerk

| | | |
|---|---|---|
| DR. GEORGE M. ANGELOS | § | |
| Plaintiff | § | |
| vs. | § | |
| | § | |
| PAULA GOMEZ, Individually | § | |
| and as Executor Director of | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CLINIC CORPORATION D/B/A BROWNSVILLE | § | |
| COMMUNITY HEALTH CENTER (hereinafter | § | |
| "CENTER"), BROWNSVILLE COMMUNITY | § | |
| HEALTH CLINIC CORPORATION D/B/A | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CENTER, FRED WEBBER, Individually and as | § | |
| Deputy Director of CENTER, LETTY GIRARD, | § | |
| ARMENTINA GERMEYER, Individually and as | § | |
| Personnel Director of the CENTER and | § | C.A. Number B-97-253 |
| DIAMANTINA FREEBERG, Ed.D., Individually | § | |
| and as Board Member of CENTER, MARGARET | § | |
| HOWARD, Individually and as Board Member | § | |
| of CENTER, FRANCIS GUMBEL, M.D., Indivi- | § | |
| dually and as Board Member of CENTER, | § | |
| GUSTAVO STERN, M.D., Individually and as | § | |
| Board Member of CENTER, JESSE GARCIA, | § | |
| ANA MILAN, R.N., Individually and as Board | § | |
| Member of CENTER, CARMEN GUERRA, Indivi- | § | |
| dually and as Board Member of CENTER, EDDIE | § | |
| A. GONZALEZ, Individually and as Board | § | |
| Member of CENTER, GLORIA GONZALEZ, | § | |
| Individually and as Board Member of CENTER, | § | |
| PATRICIA MENDOZA, Individually and as Board | § | |
| Member of CENTER, JUAN ANTONIO VELA, | § | |
| Individually and as Board Member of CENTER, | § | |
| ERNESTO DE LEON, Individually and as Board | § | |
| Member of CENTER, | § | |
| Defendants | § | |

## ORDER SETTING HEARING

CAME ON TO BE CONSIDERED Plaintiff **GEORGE M. ANGELOS'** Motion To

Compel and the Court hereby sets an oral hearing on said Motion for the __6th__ day of

__August__ , 1998 at __9:30__ o'clock __a__ .m. in the U.S. District Court Southern

District Of Texas, Brownsville Division.

DONE at Brownsville, Texas, this 23rd day of July, 1998

UNITED STATES MAGISTRATE

**COPIES TO:**

Dale S. Kasofsky, 100 East Savannah Avenue, Suite 500, McAllen, Texas 78503
Eddie Trevino, 3505 Boca Chica Blvd., Suite 460, Brownsville, Texas 78521