44

United States District Court
Southern District of Texas
ENTERED

AUG 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DR. GEORGE M. ANGELOS<br>Plaintiff | §<br>§<br>§ |
| VS. | §<br>§ |
| PAULA GOMEZ, Individually<br>and as Executive Director of<br>BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER (hereinafter "CENTER"),<br>BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER, FRED WEBRE, Individually<br>and as Deputy Director of CENTER,<br>LETTY GIRARD, ARMANTINA GERMEYER,<br>Individually and as Personnel Director<br>of the CENTER and DIAMANTINA<br>FREEBERG, Ed.D., Individually and as<br>Board member of CENTER, MARGARET<br>HOWARD, Individually and as Board<br>Member of CENTER, FRANCIS GUMBEL,<br>M.D., Individually and as Board Member<br>of CENTER, GUSTAVO STERN, Individually<br>and as Board Member of CENTER,<br>JESSE GARCIA, ANA MILAN, R.N.,<br>Individually and as Board Member of<br>CENTER, CARMEN GUERRA, Individually<br>and as Board Member of CENTER, EDDIE A.<br>GONZALEZ, Individually and as Board<br>Member of CENTER, GLORIA GONZALEZ,<br>Individually and as Board Member of<br>CENTER, PATRICIA MENDOZA, Individually<br>and as Board Member of CENTER, JUAN<br>ANTONIO VELA, Individually and as Board<br>Member of CENTER, ERNESTO DE LEON,<br>Individually and as Board Member<br>of CENTER<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
FILED

AUG 6 1998

Michael N. Milby, Clerk of Court

B-97-253

C.A. Number M-97-194

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO APPEAR

BE IT REMEMBERED that on this day came on to be heard Defendants' Notice of Designation of Co-Counsel and Motion for Leave to Appear, and the Court after considering same is of the opinion that it should be GRANTED. Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that William Gault is permitted to appear as attorneys of record, in addition to Eddie Treviño, Jr. Mark E. Sossi, and George C. Kraehe, on behalf of Defendants, in the above-referenced matter.

Signed on this the 6th day of August, 1998.

JUDGE PRESIDING

cc: Hon. Dale Kasofsky
    Hon. Eddie Treviño, Jr.
    Hon. William Gault