45

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

*United States District Court*
*Southern District of Texas*
*FILED*

**SEP 0 1 1998**

Michael N. Milby
Clerk of Court

*George Anzelos*

versus

*Paula Doming, et al*

§
§
§
§
§
§
§

CIVIL ACTION B-97-253

United States District Court
Southern District of Texas
ENTERED

**SEP 0 3 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge