49

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 1 1999

Michael N. Milby, Clerk of Court

DR. GEORGE M. ANGELOS            *
                                 *
        VS                       *   C.A. NO. B97-253
                                 *
PAULA GOMEZ, ET AL               *

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **Thursday, June 25, 1999, at 9:00 a.m.**

DONE at Brownsville, Texas, this **1st** day of **June, 1999**.

Felix Recio
United States Magistrate Judge
Federal Courthouse, Ste 203
600 E. Harrison
Brownsville, TX  78520
956/548-2701