AO456(Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

George M. Angelos, Dr.
VS.

Paula Gomez ET AL

NOTICE

CASE NUMBER: B 97-cv-253

United States District Court
Southern District of Texas
FILED

JUN 1 5 1999

Michael N. Milby
Clerk of Court

---

Type of Case:

☒ CIVIL         ☐ CRIMINAL

---

☒ TAKE NOTICE that the Status Conference scheduled for June 25, 1999 before Magistrate Judge Recio has been reset to the following:

| Place:<br>U.S Courthouse<br>600 E. Harrison St.<br>Brownsville, Texas 78520 | 2nd Floor Courtroom |
| --- | --- |
| | Date And Time:<br>June 23, 1999 at 9:00 a.m. |
| TYPE OF PROCEEDING: Status Conference | |

Michael N. Milby, Clerk
U.S. MAGISTRATE OR CLERK

*M. P. Luma*
(BY) DEPUTY CLERK

To:  Dale S. Kosofsky
     Ediberto Trevino
     William R. Gault