P-797/0010          DSK:vt

**ORIGINAL**

United States District Court
Southern District of Texas
ENTERED

AUG 02 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# U.S. DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| DR. GEORGE M. ANGELOS<br>Plaintiff<br><br>vs.<br><br>PAULA GOMEZ, Individually<br>and as Executor Director of<br>BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION d/b/a BROWNSVILLE<br>COMMUNITY HEALTH CENTER (hereinafter<br>"CENTER"), BROWNSVILLE COMMUNITY<br>HEALTH CLINIC CORPORATION D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER, FRED WEBBER, Individually and as<br>Deputy Director of CENTER, LETTY GIRARD,<br>ARMENTINA GERMEYER, Individually and as<br>Personnel Director of the CENTER and<br>DIAMANTINA FREEBERG, Ed.D., Individually<br>and as Board Member of CENTER, MARGARET<br>HOWARD, Individually and as Board Member of<br>CENTER, FRANCIS GUMBEL, M.D., Individually and as Board Member of CENTER,<br>GUSTAVO STERN, M.D., Individually and as<br>Board Member of CENTER, JESSE GARCIA,<br>ANA MILAN, R.N., Individually and as Board<br>Member of CENTER, CARMEN GUERRA, Individually and as Board Member of CENTER, EDDIE<br>A. GONZALEZ, Individually and as Board<br>Member of CENTER, GLORIA GONZALEZ,<br>Individually and as Board Member of CENTER,<br>PATRICIA MENDOZA, Individually and as Board<br>Member of CENTER, JUAN ANTONIO VELA,<br>Individually and as Board Member of CENTER,<br>ERNESTO DE LEON, Individually and as Board<br>Member of CENTER,<br>Defendants | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§<br><br>C.A. Number B-97-253 |

Page 5

## ORDER GRANTING AGREED MOTION TO RESET HEARING

On the 2d day of August, 1999, came on to be heard Agreed Motion To Reset Hearing set for August 5, 1999 at 2:00 p.m. of Plaintiff, GEORGE ANGELOS, and the court, after reviewing the motion, the responses and the replies, and the arguments of counsel, is of the opinion that said Motion is meritorious and should be in all things Granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motions hearing be reset for the 11th day of August, 1999, 2:30 p.m.

Signed on this 2d day of August, 1999, in Brownsville, Texas.

_____
U.S. MAGISTRATE

**COPIES TO:**

*Mr. Dale S. Kasofsky, 100 East Savannah Avenue, Suite 500, McAllen, Texas 78503*
*Mr. Eddie Trevino, 1713 Boca Chica Boulevard, Brownsville, Texas 78520*
*Mr. William Gault, 1205 North Expressway 83, Brownsville, Texas 78520*