United States District Court
Southern District of Texas
ENTERED

AUG 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

56

B-97-253

IN THE UNITED STATES DISTRICT COURT
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DR. GEORGE M. ANGELOS | § CIVIL ACTION NO. M-97-194 |
| | § JURY DEMANDED |
| VS. | § |
| | § |
| PAULA GOMEZ. Individually and as Executor Director of BROWNSVILLE COMMUNITY HEALTH CLINIC CORPORATION D/B/A BROWNSVILLE COMMUNITY HEALTH CENTER (hereinafter "CENTER"), BROWNSVILLE COMMUNITY HEALTH CLINIC CORPORATION D/B/A BROWNSVILLE COMMUNITY HEALTH CENTER. FRED WEBBER, Individually and as Deputy Director of CENTER. LETTY GIRARD, ARMENTINA GERMEYER, Individually and as Personnel Director of the CENTER and DIAMANTINA FREEBERG, Ed.D., Individually and as Board Member of CENTER MARGARET HOWARD, Individually and as Board Member of CENTER. FRANCIS GUMIBEL, M.D.. Individually and as Board Member of CENTER. GUSTAVO STERN, M.D., Individually and as Board Member of CENTER, JESSE GARCIA, NINA MILAN, R.N., Individually as Board Member of CENTER, GLORIA GONZALEZ. Individually and as Board Member of CENTER. PATRICIA MENDOZA, Individually and as Board Member of CENTER JUAN ANTONIO VELA, Individually and as Board Member of CENTER. ERNESTO DE LEON, Individually and as Board Member of CENTER | § |

## ORDER ON MOTION TO WITHDRAW DEFENDANTS' MOTION TO STAY PROCEEDINGS

BE IT REMEMBERED that on the _11th_ day of _August_, 1999 came on to be considered Defendant's Motion for Withdraw in the above-entitled and numbered cause and it appearing to the Court that said Motion should be **GRANTED;**

SIGNED FOR ENTRY this _11th_ day of _August_, 1999.

_____
**JUDGE PRESIDING**