United States District Court
Southern District of Texas
ENTERED

FEB 23 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DR. GEORGE M. ANGELOS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-253 |
| | § | |
| PAULA GOMEZ, ET AL | § | |
| Defendant. | § | |

## ORDER

This Court has before it for consideration Magistrate Judge's Report and Recommendation dated November 29, 1999. After review of the entire file *de novo* and consideration of the same, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED with the exception that Defendant's Motion to Dismiss as to the defamation claims, including libel and slander, be DENIED as to Brownsville Community Health Clinic Corporation d/b/a Brownsville Community Health Center ("Center"), Letty Girard, Paula Gomez, Individually and as Executive Director of the Center, Armentina Germeyer, Individually and as Personnel Director of the Center, and Fred Webber, Individually and as Deputy Director of Center, but GRANTED as to all other Defendants.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Magistrate Judge's Report and Recommendation dated November 29, 1999 is hereby **ADOPTED** with the exception that Defendant's Motion to Dismiss as to the defamation claims, including libel and slander, be **DENIED** as to Brownsville Community Health Clinic Corporation d/b/a Brownsville Community Health Center ("Center"), Letty Girard, Paula Gomez, Individually and as Executive Director of the Center, Armentina Germeyer, Individually and as Personnel Director of the Center, and Fred

Webber, Individually and as Deputy Director of Center, but **GRANTED** as to all other Defendants.

In other words, this Court orders are as follows, to-wit:

(1) Defendant's Motion to Dismiss (Docket No. 23) is hereby GRANTED as to the Title VII discrimination claim;

DENIED as to the Title VII retaliation claim;

DENIED as to the ADEA claims;

DENIED as to the breach of contract claims;

GRANTED as to the estoppel claim;

GRANTED as to withheld salary claim;

DENIED as to the defamation claims, including libel and slander, as to Brownsville Community Health Clinic Corporation d/b/a Brownsville Community Health Center ("Center"), Letty Girard, Paula Gomez, Individually and as Executive Director of the Center, Armentina Germeyer, Individually and as Personnel Director of the Center, and Fred Webber, Individually and as Deputy Director of Center, but GRANTED as to all other Defendants;

DENIED as to the request for declaratory judgment, and the action STAYED pending outcome of the state cause of action;

DENIED as to the civil conspiracy claim against Gomez, Girard, Webre, and Germeyer, and GRANTED as to the civil conspiracy claim against all remaining Defendants; and

GRANTED as to the employment tax claim.

(2) Plaintiff's request to amend his complaint to include a Title VI cause of action is hereby

GRANTED, and Plaintiff is given twenty (20) days to make such amendment.

(3)   Plaintiff's Motion for Partial Summary Judgment (Docket No. 20) is hereby DENIED.

(4)   Defendant's Cross-Motion for Partial Summary Judgment (Docket No. 28) is hereby GRANTED.

(5)   Plaintiff's Motion to Compel (Docket No. 57) is to be set for an evidentiary hearing which will be scheduled by the Court at a date and time in the future.

DONE this the 23RD day of February, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge

Page 3 of 3