60

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

DR. GEORGE M. ANGELOS            *

        VS                       *   C.A. NO. B97-253

PAULA GOMEZ, ET AL               *


## ORDER SETTING HEARING

A status conference and an evidentiary hearing on the Plaintiff's Motion to Compel in above-captioned and numbered cause of action is hereby scheduled for **March 21, 2000, at 2:00 p.m.**

Local Rule 2C sets forth certain information required of those signing pleadings.  Please comply with this rule.

DONE at Brownsville, Texas, this **7th** day of **March 2000.**


Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520