62

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DR. GEORGE M. ANGELOS | * |
| | * |
| VS | *  C.A. NO. B97-253 |
| | * |
| PAUL GOMEZ, ET AL | * |

### ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **Thursday, April 13, 2000, at 2:00 p.m.**

Local Rule 2C sets forth certain information required of those signing pleadings. Please comply with this rule.

DONE at Brownsville, Texas, this **30th** day of **March 2000.**

_____
Felix Recio
United States Magistrate Judge
U.S. Federal Bldg. & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520
956/548-2701