CIVIL ACTION NO. B-97-253

64

DR. GEORGE M. ANGELOS
VS
PAULA GOMEZ, ET AL

## ORDER RESETTING CONFERENCE

It is hereby ORDERED by the Court that the Defendants' Unopposed Motion for Continuance is Granted and a status conference in this case is hereby reset for hearing on the 20th day of April, beginning at 2:00 p.m.

SIGNED AND ENTERED, this 11th day of April, 2000.

United States District Court
Southern District of Texas
ENTERED

APR 12 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

_____
Judge Presiding

COPIES TO:

Mr. Dale S. Kasofsky, Thorton, Summers, Biechlin, Dunham & Brown, One Park Plaza, 100 E. Savannah, Suite 500, McAllen, Texas 78503

Mr. Eddie Trevino, Jr., Magallanes, Hinojosa & Trevino, 1713 Boca Chica Blvd., Brownsville, Texas 78521

Mr. William Gault, Brin & Brin, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520

ANGELOS/BCHC: CONF-MTN
PAGE 5