P-797/0010          DSK:                                                                        67

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DR. GEORGE M. ANGELOS<br>Plaintiff | § | |
| vs. | § | |
| PAULA GOMEZ, Individually<br>and as Executor Director of<br>BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION d/b/a BROWNSVILLE<br>COMMUNITY HEALTH CENTER (hereinafter<br>"CENTER"), BROWNSVILLE COMMUNITY<br>HEALTH CLINIC CORPORATION D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER, FRED WEBBER, Individually and as<br>Deputy Director of CENTER, LETTY GIRARD,<br>ARMENTINA GERMEYER, Individually and as<br>Personnel Director of the CENTER and<br>DIAMANTINA FREEBERG, Ed.D., Individually<br>and as Board Member of CENTER, MARGARET<br>HOWARD, Individually and as Board Member of<br>CENTER, FRANCIS GUMBEL, M.D., Indivi-<br>dually and as Board Member of CENTER,<br>GUSTAVO STERN, M.D., Individually and as<br>Board Member of CENTER, JESSE GARCIA,<br>ANA MILAN, R.N., Individually and as Board<br>Member of CENTER, CARMEN GUERRA, Indivi-<br>dually and as Board Member of CENTER, EDDIE<br>A. GONZALEZ, Individually and as Board<br>Member of CENTER, GLORIA GONZALEZ,<br>Individually and as Board Member of CENTER,<br>PATRICIA MENDOZA, Individually and as Board<br>Member of CENTER, JUAN ANTONIO VELA,<br>Individually and as Board Member of CENTER,<br>ERNESTO DE LEON, Individually and as Board<br>Member of CENTER,<br>Defendants | §§§§§§§§§§§§§§§§§§§§§ | C.A. Number B-97-253 |

Page 5

C.A. NO. B97-253

DR. GEORGE M. ANGELOS     *
    vs         *
PAULA GOMEZ, ET AL     *

United States District Court
Southern District of Texas
ENTERED

APR 2 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING AGREED MOTION TO RESET HEARING

On the __20th__ day of ____April____, 2000, came on to be heard Agreed Motion

To Reset Hearing set for May 19, 2000 at 10:00 p.m. of Plaintiff, GEORGE ANGELOS, and the

court, after reviewing the motion, the responses and the replies, and the arguments of counsel,

is of the opinion that said Motion is meritorious and should be in all things Granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motions

hearing be reset for the __19th__ day of ____May____, 2000., 10:00 a.m.

Signed on this __20th__ day of ____April____, 2000, in Brownsville, Texas.

_____
U.S. MAGISTRATE JUDGE

COPIES TO:

*Mr. Dale S. Kasofsky, 100 East Savannah Avenue, Suite 500, McAllen, Texas 78503*
*Mr. Eddie Trevino, 1713 Boca Chica Boulevard, Brownsville, Texas 78520*
*Mr. William Gault, 1205 North Expressway 83, Brownsville, Texas 78520*