| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED
MAY 22 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

Dr. George M. Angelos
§
§
Plaintiff
§
§   CIVIL ACTION No.
versus
§
§   B-97-253
Brownsville Community Health
§
Clinic, et.al, Defendant
§

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

*Trial*

All parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c)

Dale Kasofsky — Dale Kasofsky — counsel for Plaintiff

Eddie Trevino Jr. — Counsel for Defendant

William Gault — William Gault — Co-counsel for the Defendants

*Appeal*

Appeal will be to the United States Court of Appeals unless all the parties consent to appeal to a district judge by signing below. 28 U.S.C. §636(c)(4)

_____    _____

_____    _____

_____    _____

## ORDER

It is ordered that this matter is assigned to United States Magistrate Judge

__JOHN WILLIAM BLACK__ to conduct all further proceedings, including final judgment.

5-19-00
Date

_____
United States District Judge