~~68~~
69

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Dr. George M. Angelos §
§
Plaintiff §
§
§ CIVIL ACTION No.
versus §
§ B-97-253
Brownsville Community Health §
Clinic, et al, Defendant §
§

United States District Court
Southern District of Texas
ENTERED
MAY 22 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
ENTERED
MAY 23 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

AMENDED
CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

*Trial*

All parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. §636(c)

Dale Kasofsky — counsel for Plaintiff
Eddie Trevino Jr. — Counsel for Defendant
William Gault — Cocounsel for ~~some the~~ Defendants

*Appeal*

Appeal will be to the United States Court of Appeals unless all the parties consent to appeal to a district judge by signing below. 28 U.S.C. §636(c)(4)

_____          _____

_____          _____

_____          _____

ORDER

It is ordered that this matter is assigned to United States Magistrate Judge
FELIX RECIO
~~JOHN WILLIAM BLACK~~ to conduct all further proceedings, including final judgment.

5-19-00
Date

_____
United States District Judge