72

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 8 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DR. GEORGE M. ANGELOS | § |
| Plaintiff | § |
| vs. | § |
| | § |
| PAULA GOMEZ, et. al. | § |
| | § C.A. Number B-97-253 |
| Defendants | § |

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

BE IT REMEMBERED that on the 19 th day of May, 2000 Plaintiff's Amended Motion to Compel came before the Court, and after considering the Motion presented by Plaintiff's counsel, the Court is of the opinion, and so finds, that the Plaintiff's Motion to Compel Defendants to produce all Peer Review Committee files, tapes, notes and other material regarding Plaintiff should be granted. It is further ordered that these materials be produced by June 2, 2000.

SIGNED this 6th day of June, 2000.

_____
JUDGE PRESIDING

1