IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 27 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DR. GEORGE M. ANGELOS § | |
| § | CIVIL ACTION NO. B-97-253 |
| § | JURY DEMANDED |
| VS. § | |
| § | |
| PAULA GOMEZ, Individually § | |
| and as Executor Director of § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CLINIC CORPORATION D/B/A § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CENTER (hereinafter "CENTER"), § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CLINIC CORPORATION D/B/A § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CENTER, FRED WEBBER, § | |
| Individually and as Deputy § | |
| Director of CENTER, LETTY § | |
| GIRARD, ARMENTINA GERMEYER, § | |
| Individually and as Personnel § | |
| Director of the CENTER and § | |
| DIAMANTINA FREEBERG, Ed.D., § | |
| Individually and as Board § | |
| Member of CENTER, MARGARET § | |
| HOWARD, Individually and as § | |
| Board Member of CENTER, FRANCIS § | |
| GUMBEL, M.D., Individually and § | |
| as Board Member of CENTER, § | |
| GUSTAVO STERN, M.D., § | |
| Individually and as Board § | |
| Member of CENTER, JESSE GARCIA, § | |
| ANA MILAN, R.N., Individually § | |
| as Board Member of CENTER, § | |
| GLORIA GONZALEZ, Individually § | |
| and as Board Member of CENTER, § | |
| PATRICIA MENDOZA, Individually § | |
| and as Board Member of CENTER § | |
| JUAN ANTONIO VELA, Individually § | |
| and as Board Member of CENTER, § | |
| ERNESTO DE LEON, Individually § | |
| and as Board Member of CENTER § | |

ANGELOS/BCHC: COMPEL.MTN
PAGE 5

## ORDER SETTING HEARING ON DEFENDANTS BROWNSVILLE COMMUNITY HEALTH CENTER AND PAULA GOMEZ'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO DISCOVERY

It is hereby ORDERED by the Court that a hearing on Defendants Brownsville Community Health Center and Paula Gomez's Motion to Compel Plaintiff's Answers to Discovery on file herein, is hereby SCHEDULED for hearing on the __29th__ day of __August__, 2000, beginning at __2:00__ o'clock __p__.m.

SIGNED AND ENTERED, this the __26th__ day of __July__, 2000.

_____
JUDGE PRESIDING

COPIES TO:

Mr. Dale S. Kasofsky, Thorton, Summers, Biechlin, Dunham & Brown, One Park Plaza, 100 E. Savannah, Suite 500, McAllen, Texas 78503

Mr. Eddie Trevino, Jr., Magallanes, Hinojosa & Trevino, 1713 Boca Chica Blvd., Brownsville, Texas 78521

Mr. William Gault, Brin & Brin, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520