74

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 27 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DR. GEORGE M. ANGELOS | § § § § § | |
| | § | CIVIL ACTION NO. B-97-253 |
| VS. | § | JURY DEMANDED |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH CLINIC CORPORATION D/B/A BROWNSVILLE COMMUNITY HEALTH CENTER, et al | § § § § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: 5 days.                                    Jury

2. New Parties must be joined by:                                           06/29/00

3. The plaintiff's experts will be named with a report furnished by:        08/11/00

4. The defendant's experts must be named with a report furnished by:        09/22/00

5. The plaintiff's deadline to amend pleadings:                             10/06/00

6. Defendant's deadline to amend pleadings:                                 10/21/00

7. Discovery must be completed by:                                          11/01/00

   *Counsel may agree to continue discovery beyond the deadline.*

8. Motions will be filed by:                                                11/10/00

9. A hearing on all pending motions will be at  2:00  p .m. on:             11/30/00

10. Joint pretrial order is due:                                            12/22/00

    *The plaintiff is responsible for filing the pretrial order on time.*

9. Docket Call and final pretrial conference is set for  2:00  p .m. on:    01/04/01

10. Jury Selection:  8:30 a.m. before Judge Vela on:                        01/05/01


ANGELOS/BCHC:SCH-ORD
PAGE 1

Signed on this 2~~4~~th ^(July,) day of 2000, at Brownsville, Texas.

_____
Felix Recio
U.S. Magistrate Judge

AGREED TO AND APPROVED:

By: _____
    Dale S. Kasofsky

By: _____
    Eddie Trevino, Jr.

By: _____
    William Gault

Signed on this ____ day of 2000, at Brownsville, Texas.

AGREED TO AND APPROVED:

By: _____
       Dale S. Kasofsky

By: _____
       Eddie Trevino, Jr.

By: _____
       William Gault

_____
Felix Recio
U.S. Magistrate Judge

ANGELOS/RCHC/SCH.ORD
PAGE 2