81

United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DR. GEORGE M. ANGELOS §
§
§
§ CIVIL ACTION NO. B-97-253
§ JURY DEMANDED
VS. §
§ (636(c))
PAULA GOMEZ, Individually §
and as Executor Director of §
BROWNSVILLE COMMUNITY HEALTH §
CLINIC CORPORATION D/B/A §
BROWNSVILLE COMMUNITY HEALTH §
CENTER (hereinafter "CENTER"), §
BROWNSVILLE COMMUNITY HEALTH §
CLINIC CORPORATION D/B/A §
BROWNSVILLE COMMUNITY HEALTH §
CENTER, FRED WEBBER, §
Individually and as Deputy §
Director of CENTER, LETTY §
GIRARD, ARMENTINA GERMEYER, §
Individually and as Personnel §
Director of the CENTER and §
DIAMANTINA FREEBERG, Ed.D., §
Individually and as Board §
Member of CENTER, MARGARET §
HOWARD, Individually and as §
Board Member of CENTER, FRANCIS §
GUMBEL, M.D., Individually and §
as Board Member of CENTER, §
GUSTAVO STERN, M.D., §
Individually and as Board §
Member of CENTER, JESSE GARCIA, §
ANA MILAN, R.N., Individually §
as Board Member of CENTER, CARMEN §
GUERRA, Individually as Board Member of §
CENTER, EDDIE A. GONZALEZ, Individually §
as Board Member of CENTER, GLORIA §
GONZALEZ, Individually and as Board §
Member of CENTER, PATRICIA MENDOZA, §
Individually and as Board Member of CENTER §
JUAN ANTONIO VELA, Individually §
and as Board Member of CENTER, §
ERNESTO DE LEON, Individually §
and as Board Member of CENTER §

ANGELOS/BCHC: AGRD-ORD
PAGE 1

## AGREED ORDER

CAME ON Plaintiff and Defendants Paula Gomez, Brownsville Community Health Clinic Corporation d/b/a Brownsville Community Health Center, Brownsville Community Health Clinic Corporation d/b/a Brownsville Community Health Center, Fred Webber, Letty Girard, Armentina Germeyer, Diamantina Freeberg, Margaret Howard, Francis Gumbel, M.D., Gustavo Stern, M.D., Jesse Garcia, Ana Milan, R.N., Carmen Guerra, Eddie A. Gonzalez, Gloria Gonzalez, Patricia Mendoza, Juan Antonio Vela and Ernesto De Leon and announced to the Court that they have entered an agreement to extend Defendants deadline to file an amended answer.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants deadline to file their amended answer will be extended to on or before October 27, 2000 from its previous deadline of October 19, 2000.

SIGNED AND ENTERED, this the 31st day of October, 2000.

_____
Judge Presiding

Copies to:
Mr. Dale S. Kasofsky, Thornton, Summers, Biechlin, Dunham & Brown, 418 E. Dove, McAllen, Texas 78504
Mr. William Onah, Onah & Onah, P.C., 1205 N. Expressway 83, Brownsville, Texas 78520
Mr. Eddie Trevino, Jr., Magallanes, Hinojosa & Trevino, 1713 Boca Chica Blvd., Brownsville, Texas 78521

Agreed to and Approved:

Thornton, Summers, Biechlin,
Dunham & Brown, L.C.
418 E. Dove
McAllen, Texas 78504
(956) 630-3089
(956) 630-0189 Telecopier

By: _____
Dale Kasofsky
State Bar No. 11105225
Federal ID 13909

ATTORNEY FOR PLAINTIFF

ANGELOS/BCHC: AGRD-ORD
PAGE 2

Magallanes, Hinojosa & Trevino, P.C.
1713 Boca Chica Boulevard
Brownsville, Texas 78520
(956) 544-6571
(956) 544-4290 Telecopier

By: _____
Eddie Trevino, Jr.
State Bar No. 20211135
Federal ID 11628

ATTORNEY FOR ALL DEFENDANTS


Brin & Brin, P.C.
1205 North Expressway 83
Brownsville, Texas 78520
(956) 544-7110
(956) 544-0607 Telecopier

By: _____
William Gault
State Bar No. 07765050
Federal ID 14685

ATTORNEY OR DEFENDANTS
BROWNSVILLE COMMUNITY HEALTH
CENTER, PAULA GOMEZ, FRED WEBBER,
LETTY GIRARD AND ARMENTINA
GERMEYER

ANGELOS/BCHC: AGRD-ORD
PAGE 3