84

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DR. GEORGE M. ANGELOS | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-97-253 |
| | * | |
| PAULA GOMEZ, ET AL | * | |

## ORDER CANCELING HEARING

Since the parties have filed Notice of Settlement, the hearing on pending motions set for November 30, 2000, is hereby CANCELLED. The parties shall submit an agreed order of dismissal on or before January 2, 2001.

DONE at Brownsville, Texas, on 29th day of November 2000.

Felix Recio
United States Magistrate Judge