

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 02 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DR. GEORGE M. ANGELOS | * | |
| | * | |
| VS | * | CASE NO. B-97-253 |
| | * | (636(c)) |
| PAULA GOMEZ, ET AL | * | |
| | * | |

## O R D E R

Pursuant to the Notice of Settlement filed by the parties on November 30, 2001, the parties are hereby **ORDERED** to submit a final settlement judgment by February 16, 2001.  Failing the submission of the final judgment, the matter will be set for trial.

DONE at Brownsville, Texas, on 31st day of January 2001.

Felix Recio
United States Magistrate Judge