# CHAMBERS MINUTES

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

FEB 1 4 2001

Michael N. Milby
Clerk of Court

Date: February 14, 2001, 3:35 0m

---

## C.A. NO. B97-253 (636(c))

---

| DR. GEORGE M. ANGELOS | * | Dale S Kasofsky |
| | | Ray Marchan |
| VS | * | |
| PAULA GOMEZ, ET AL | * | George C. Kraehe |
| | | Mark Sossi |
| | | Eddie Trevino |
| | | William R Gault |

---

**TELEPHONIC STATUS CONFERENCE**

Conference held with attorneys Trevino and Marchan. The parties advised the Court that the State case is still pending but they are close to a settlement agreement.

Another status conference is set for March 28, 2001, 8:30 a.m.

ClibPDF - www.fastio.com