IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DR. GEORGE M. ANGELOS § | |
| § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-253 |
| § | |
| § | |
| PAULA GOMEZ ET AL. § | |

**NOTICE OF CHANGE OF ADDRESS**

    COMES NOW EDDIE TREVINO, JR., attorney for Defendant, BROWNSVILLE COMMUNITY HEALTH CENTER, in the above-styled and numbered cause, and files this their Notice of Change of Address and would respectfully show as follows:

I.

    The new address for Eddie Trevino, Jr. Attorney for Defendants, effective upon receipt is as follows:

> **The Law Office of Eddie Trevino, Jr.**
> 545 E. 7th Street
> Brownsville, TX 78520
> Telephone: (956) 554-0683
> Fax No. (956) 554-0693

II.

    The parties to this case and Clerk of the Court are hereby requested to please take notice of these changes and to address all future correspondence and communications accordingly.

> Respectfully submitted,
> **The Law Office of Eddie Trevino, Jr.**
>
> By: _____
> Eddie Trevino, Jr.
> State Bar No. 20211135
> Fed. ID 56801
> **ATTORNEY FOR DEFENDANTS**

*United States District Court*
*Southern District of Texas*
*FILED*
*FEB 2 8 2001*
*Michael N. Milby*
*Clerk of Court*

87

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and forgoing **NOTICE OF CHANGE OF ADDRESS**, has this the _28th_ day of _February_, 2001, been delivered via facsimile, Regular U.S. Mail or Certified Mail Return Receipt Request to the following counsel of record:

Mr. William Gault
Brin & Brin, P.C.
1325 Palm Blvd., Suite A
Brownsville, Texas 78521

Mr. Ray Marchan
Eddington & Associates
1926 E. Elizabeth
Brownsville, Texas 78520

Mr. Dale Kasofsky
Kittleman, Thomas, Ramirez
& Gonzales, PLLC
4900-B North 10th Street
McAllen, Texas 78505

By: _____
Eddie Trevino, Jr.