88

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 23 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| DR. GEORGE M. ANGELOS § | |
| § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-253 |
| § | JURY DEMANDED |
| § | |
| PAULA GOMEZ, Individually § | |
| And as Executor Director of § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CLINIC CORPORATION D/B/A § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CENTER (hereinafter "CENTER"), § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CLINIC CORPORATION D/B/A § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CENTER, FRED WEBBER, § | |
| Individually and as Deputy § | |
| Director of CENTER, LETTY § | |
| GIRARD, ARMENTINA GERMEYER, § | |
| Individually and as Personnel § | |
| Director of the CENTER and § | |
| DIAMANTINA FREEBERG, Ed.D., § | |
| Individually and as Board § | |
| Member of CENTER, MARGARET § | |
| HOWARD, Individually and as § | |
| Board Member of CENTER, FRANCIS § | |
| GUMBEL, M.D., Individually and § | |
| as Board Member of CENTER, § | |
| GUSTAVO STERN, M.D., § | |
| Individually and as Board § | |
| Member of CENTER, JESSE GARCIA, § | |
| ANA MILAN, R.N., Individually § | |
| as Board Member of CENTER, CARMEN § | |
| GUERRA, Individually as Board Member of § | |
| CENTER, EDDIE A. GONZALEZ, Individually § | |
| as Board Member of CENTER, GLORIA § | |
| GONZALEZ, Individually and as Board § | |
| Member of CENTER, PATRICIA MENDOZA, § | |
| Individually and as Board member of CENTER § | |
| JUAN ANTONIO VELA, Individually § | |
| and as Board Member of CENTER, § | |
| ERNESTO DE LEON, Individually § | |
| and as Board Member of CENTER § | |

## AGREED ORDER OF DISMISSAL

Plaintiff, Dr. George M. Angelos, by and through his attorney of record, through an Agreed Motion to Dismiss having informed the Court that Plaintiff, Dr. George M. Angelos, does not presently wish to pursue this matter against Defendants Paula Gomez, Brownsville Community Health Center, Brownsville Community Health Clinic Corporation d/b/a Brownsville Community Health Center, Fred Webber, Letty Girard, Armentina Germeyer, Diamantina Freeberg, Margaret Howard, Francis Gumbel, M.D., Gustavo Stern, M.D., Jesse Garcia, Ana Milan, R.N., Carmen Guerra, Eddie A. Gonzalez, Gloria Gonzalez, Patricia Mendoza, Juan Antonio Vela and Ernesto De Leon, and the plaintiff, having prayed that all causes as to Defendants be dismissed with prejudice, and all parties agreeing hereto and it appearing to the Court that the dismissal should be made as prayed,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that the cause of Plaintiff, Dr. George Angelos be dismissed as to the Defendants, Paula Gomez, Brownsville Community Health Center, Brownsville Community Health Clinic Corporation d/b/a Brownsville Community Health Center, Fred Webber, Letty Girard, Armentina Germeyer, Diamantina Freeberg, Margaret Howard, Francis Gumbel, M.D., Gustavo Stern, M.D., Jesse Garcia, Ana Milan, R.N., Carmen Guerra, Eddie A. Gonzalez, Gloria Gonzalez, Patricia Mendoza, Juan Antonio Vela and Ernesto De Leon with prejudice against all parties to file any same or similar actions, with all court costs to be taxed to the party incurring same.

ClibPDF - www.fastio.com

It is further ORDERED, ADJUDGED AND DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this 23rd day of March, 2001.

_____
JUDGE PRESIDING

APPROVED AS TO SUBSTANCE AND FORM:

EDDINGTON & ASSOCIATES
1926 E. Elizabeth
Brownsville, Tx. 78520
Telephone:  (956) 546-0333
Facsimile:  (956) 541-0255

By:  _____
      Ray Marchan
      State Bar No. 12969050
      Federal I.D. 9522
      ATTORNEY FOR PLAINTIFF
      DR. GEORGE ANGELOS

KITTLEMAN, THOMAS, RAMIREZ
& GONZALES, PLLC
4900-B North 10th Street
McAllen, Tx. 78505
Telephone:  (956) 686-8797
Facsimile:  (956) 630-5199

By:  _____
      Dale Kasofsky
      State Bar No. 11105225
      Federal I.D. 13909
      ATTORNEY FOR PLAINTIFF
      DR. GEORGE ANGELOS

BRIN & BRIN
1325 Palm Blvd., Suite A
Brownsville, Tx. 78520
Telephone:  (956) 544-7110
Facsimile:  (956) 544-0607

By:  _____
      William Gault
      State Bar No. 07765050
      ATTORNEY FOR DEFENDANTS
      BROWNSVILLE COMMUNITY HEALTH
      CENTER, PAULA GOMEZ, FRED WEBBER,
      LETTY GIRARD AND ARMENTINA
      GERMEYER

THE LAW OFFICE OF EDDIE TREVINO, JR.
545 E. 7th Street
Brownsville, Tx. 78520
Telephone: (956) 554-0683
Facsimile: (956) 554-0693

By: _____
Eddie Trevino, Jr.
State Bar No. 20211135
Federal I.D. 56801
ATTORNEY FOR ALL DEFENDANTS